**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6685**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

AL MALIK SHARIEF KAREEM WRIGHT,

              Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  G. Ross Anderson, Jr., District
Judge.  (7:92-cr-00408-GRA-1)

Submitted:  October 31, 2008        Decided:  November 14, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Al Malik Sharief Kareem Wright, Appellant Pro Se.  David Calhoun
Stephens, Assistant United States Attorney, Greenville, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Al Malik Wright appeals from the district court's orders denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006), and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Wright, No. 7:92-cr-00408-GRA-1 (D.S.C. Mar. 17 & Apr. 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED